COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-190-CV

AJIT JHANGIANI
 
APPELLANT

V.

BEVERLY MORNEAULT A/K/A  APPELLEE

BEVERLY M. JHANGIANI
 

 
 

----------

FROM THE 325TH DISTRICT COURT OF  TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered 
A
Appellant
=
s Motion To Dismiss Appeal.
@
  It is the court
=
s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.  

DELIVERED:  July 10, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.